**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JUAN ANDRES MARCOS #A208-848-443** | **CASE NO. 1:26-CV-03067 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **TODD BLANCHE ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**MEMORANDUM ORDER**

On August 14, 2026, a petition for writ of habeas corpus was filed by the plaintiff. On August 17, 2026, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application. Mover has failed to take the required action in accordance with the memorandum order. Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on August 14, 2026, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this 13th day of October, 2026.

Thomas P. LeBlanc
United States Magistrate Judge